Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31354−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rory Bembridge
   20 Rosedale Ave
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−7207

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/27/18 and a confirmation hearing on such Plan has been scheduled for 1/10/18.

The debtor filed a Modified Plan on 12/20/18 and a confirmation hearing on the Modified Plan is scheduled for 1/24/19 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: December 21, 2018
JAN: wdh

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 18-31354-JKS
Rory Bembridge                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2      User: admin              Page 1 of 2       Date Rcvd: Dec 21, 2018
                          Form ID: 186             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db             +Rory Bembridge,    20 Rosedale Ave,    Montclair, NJ 07042-3308
cr             +Deutsche Bank National Trust Company as Trustee fo,    RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517902895      +Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437-1118
517931092      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
517850914      +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517838278      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517838279      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517838280      +Financial Corporation of America,    Po Box 203500,    Austin, TX 78720-3500
517838281      +Global Client Solutions LLC,    4343 S 118th East Avenue Suite 220,    Tulsa, OK 74146-4402
517838282      +Hackensack Meridian Health,    Palisades Medical Center,    7600 River Road,
                 North Bergen, NJ 07047-6217
517838283      +Hackensack UMC Mountainside,    Po BOX 864,    Mahwah, NJ 07430-0864
517838285       Melcon and Ann Bembridge,    1358 Marilyn Lane,    North Port, FL 34286
517838286      +Montclair Water Bureau,    205 Claremont Avenue,    Montclair, NJ 07042-3401
517838287      +Mr. Cooper,    8950 Cypress Water Blvd,    Coppell, TX 75019-4620
517838288      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517838290     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
517838289      +Township of Montclair,    Tax Assesors Office,    205 Claremont Avenue,
                 Montclair, NJ 07042-3401
517922904      +Toyota Motor Credit Corporation,    dba Lexus Financial Services,    PO Box 9013,
                 Addison, Texas 75001-9013
517838291      +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517838292      +Wf/home Pr,    Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 23:51:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517838275       E-mail/Text: bk@avant.com Dec 21 2018 23:52:12     Avant,    Attn: Bankruptcy,   Po Box 9183380,
                 Chicago, IL 60691-3380
517838276      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 00:01:55      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517903968       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 00:02:19
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517838277      +Fax: 602-659-2196 Dec 22 2018 00:58:25     Chex System,   7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
517838284      +E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 23:51:38      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Dec 21, 2018
                               Form ID: 186                 Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               HarborView Mortgage Loan Trust Series 2007-7 bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Rory Bembridge michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               HarborView Mortgage Loan Trust Series 2007-7 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```