| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Laura Egerman, Esq. (LE-8250) | Order Filed on March 18, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Rory Bembridge,**<br><br>   **Debtor,** | Case No.:    18-31354-JKS<br><br>Chapter:    13<br><br>Hearing Date: March 14, 2019<br><br>Judge:    John K. Sherwood |

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: March 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Secured Creditor: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-7

Secured Creditor's Counsel: RAS Citron, LLC.

Debtors' Counsel: Law Office of Michelle Labayen

Property Involved ("Collateral"): 20 Rosedale Avenue, Montclair, NJ 07042

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. The Debtor's account was brought current pursuant to the Motion for Relief from Stay filing on 02/19/2019.

2. Regular monthly mortgage payments of $1,721.02 will resume on 03/01/2019.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ■ Regular monthly payment: Nationstar Mortgage LLC
   Attn: Bankruptcy Dept
   PO Box 619094
   Dallas, TX 75261-9741

   ☐ Monthly cure payment: _____

4. In the event of Default:

■ If the Debtor fails to make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $\underline{\$350.00}$ and costs of $\underline{\$181.00}$.

    The fees and costs are payable:

    ■ Through the Chapter 13 plan.

    ☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| _____ | /s/ Laura Egerman |
| Michelle Labayen | Laura Egerman, Esq. |
| *Attorney for Debtor(s)* | *Attorney for Secured Creditor* |
| Date: | Date: 03/12/2019 |