UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Laura Egerman, Esq. (LE-8250)

In Re:

**Rory Bembridge,**

　　　**Debtor,**

**Order Filed on March 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:　　18-31354-JKS

Chapter:　　13

Hearing Date: March 14, 2019

Judge:　　John K. Sherwood

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　　The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: March 18, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Secured Creditor: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-7

Secured Creditor's Counsel: RAS Citron, LLC.

Debtors' Counsel: Law Office of Michelle Labayen

Property Involved ("Collateral"): 20 Rosedale Avenue, Montclair, NJ 07042

Relief sought:        ◼ Motion for relief from the automatic stay
                       ▢ Motion to dismiss
                       ▢ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.     The Debtor's account was brought current pursuant to the Motion for Relief from Stay filing on 02/19/2019.

2.     Regular monthly mortgage payments of $1,721.02 will resume on 03/01/2019.

3.     Payments to the Secured Creditor shall be made to the following address(es):

       ◼ Regular monthly payment: Nationstar Mortgage LLC
                                      Attn: Bankruptcy Dept
                                        PO Box 619094
                                        Dallas, TX 75261-9741

       ▢ Monthly cure payment: _____

4.     In the event of Default:

◼ If the Debtor fails to make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☑ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.      Award of Attorneys' Fees:

    ■ The Applicant is awarded attorney fees of <u>$350.00</u> and costs of <u>$181.00</u>.

        The fees and costs are payable:

        ■ Through the Chapter 13 plan.

        ☑ To the Secured Creditor within _____ days.

    ☑ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.


_____          /s/ Laura Egerman
Michelle Labayen                         _____
*Attorney for Debtor(s)*                 Laura Egerman, Esq.
Date:                                    *Attorney for Secured Creditor*
                                         Date:  03/12/2019

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-31354-JKS
Rory Bembridge                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Mar 18, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db          +Rory Bembridge,   20 Rosedale Ave,   Montclair, NJ 07042-3308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           HarborView Mortgage Loan Trust Series 2007-7 bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michelle  Labayen    on behalf of Debtor Rory   Bembridge michelle@labayenlaw.com,
           benitezgiovanna@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           HarborView Mortgage Loan Trust Series 2007-7 smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7