| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on January 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Rory Bembridge,**<br><br>      **Debtor.** | Case No.: 18-31354-JKS<br><br>Chapter 13<br><br>Judge: John K. Sherwood |

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: January 23, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: **Rory Bembridge**
Case No: 18-31354-JKS

Caption of Order: **ORDER VACATING STAY AND CO-DEBTOR STAY**
_____

Upon the motion of Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Series 2007-7 under Bankruptcy Code section 362(d) for relief from the automatic stay and Co-Debtor Stay pursuant to 11 U.S.C. §1301 as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- Real Property more fully described as: 20 Rosedale Avenue, Montclair, NJ 07042

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor, any trustee, and any other party who entered an appearance on the motion.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.