Michelle Labayen
Law Office of Michelle Labayen PC
24 Commerce Street, Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NEW JERSEY**

| | |
|---|---|
| IN RE | Chapter 13 |
| RORY BEMBRIDGE | Case No.: 18-31354 |
| | Hon. John Sherwood |
| **Debtor.** | Bankruptcy Judge |
| | **NOTICE OF CONVERSION** |

**PLEASE TAKE NOTICE,** that on this 17 Day of February 2020, the above captioned

case has been converted from a Chapter 13 to a Chapter 7 Bankruptcy pursuant to 11

U.S.C 1307 of the Bankruptcy Code and 1017(d) of the Rules of Bankruptcy procedure,

by the filing of this notice of the United States Bankruptcy Court District of New Jersey.

February 17, 2020
Newark, NJ

*/s/ Michelle Labayen*
Michelle Labayen
Attorney for the Debtor
Law Office of Michelle Labayen PC
24 Commerce Street Suite 1300
Newark NJ 07102

US Bankruptcy Court
District of New Jersey
Hon. John Sherwood
50 Walnut Street
Newark, NJ 07102

Marie Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ  07004


Absolute Resolutions Investments, LLC
c/o Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Toyota Motor Credit Corporation
dba Lexus Financial Services
PO Box 9013
Addison, Texas 75001

DEUTSCHE BANK NATIONAL TRUST COMPANY
Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Dept
PO Box 619096
Dallas TX 75261-9741


Wells Fargo Bank, N.A.
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

RAS Citron LLC
130 Clinton Road
Lobby B Suite 202
Fairfield NJ 07004